**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Nasir Finnemen

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Lenny Russell, John Doe's, Scott Hricsina, Isaiah Atkins

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**RECEIVED**

SEP 2 9 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

**COMPLAINT**

Jury Trial: ☐ Yes ☑ No

(check one)

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | Nasir Finnemen |
| | Street Address | 1520 Belfield Ave Apt 4 |
| | County, City | Atlantic City |
| | State & Zip Code | New Jersey 08401 |
| | Telephone Number | Will contact courts |

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Lenny Russell_
Street Address _900-922 Mill RD._
County, City _Pleasantville_
State & Zip Code _N.J 08232_

Defendant No. 2

Name _John Doe's_
Street Address _900-922 Mill RD,_
County, City _Pleasantville_
State & Zip Code _NJ 08232_

Defendant No. 3

Name _Scott Hricsina_
Street Address _900-922 Mill RD,_
County, City _Pleasantville_
State & Zip Code _N.J 08232_

Defendant No. 4

Name _Isaiah Atkins_
Street Address _900-922 Mill RD,_
County, City _Pleasantville_
State & Zip Code _N.J 08232_

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in darrages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff    [ ] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

_____

- 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship Nasir Finnemen, New Jersey

Defendant(s) state(s) of citizenship Unknown Lenny Russell, John Does, Scott Hricsina, Isaiah Atkins

**III.    Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? Formica Freitag bakery 900-922 Mill RD, Pleasantville, NJ 08232

B.    What date and approximate time did the events giving rise to your claim(s) occur? August 7, 2025 approximate at 3:30AM & 10:00AM, July 25 - August 7, 2025 from 6:00PM to 3:30AM

C.    Facts: On August 7, 2025 approximate around 3:00 AM I, Nasir Finnemen, notice in the break room on the board a X was over 3:30AM change to 2:30AM with NO initials and spoke to Lenny Russell about the change that was made also Lenny Russell seem to be in favor of employees as of immigrants behavior as a interpreter spoken words having a friendship with them and others as of I Nasir Finnemen being Newl terminated from the Job for being a Good worker & Helper as of Healthy not following their bad behavior and Lenny Russell felt disrespectful due to power, & lies of Poor Work Performance and placing words in incident description report that was never mention to him like racist comments/disrespectful as of being falsely accused by over night supervisor Lenny Russell under the influence a chance of intoxicated at work due every day reactions, On August 7, 2025 approximate around 10:00AM I Nasir Finnemen went back to the Job and spoke to Scott Hricsina that hired me and gave me a ID badge & shift hours from 6:00PM to 3:30AM that was change by Lenny Russell I told so. Scott Hricsina ask I, Nasir Finnemen what happen in his room I told him my hours was change from 3:30AM to 2:30AM as of having the ability to work them and was not giving a order to do on my own with in the Ten days of me packaging rolls and then told me Lenny did a Employee Incident report without asking Nasir Finnemen for any proof or evidence of what took place he hand me the report I accepted it and he stated he couldn't do nothing about what took place that Lenny been their longer then him.

See exhibits 1-6        -3-        See attachments 1-3

<div style="border:1px solid; display:inline">What happened to you?</div>

<div style="border:1px solid; display:inline">Who did what?</div>

<div style="border:1px solid; display:inline">Was anyone else involved?</div>

<div style="border:1px solid; display:inline">Who else saw what happened?</div>

On July 25, 2025 I, Nasir Finnemen meet the overnight Trainer Isaiah that I worked with and showed me things to do & told me also and was given his contact number written down on paper and hand it to me was accepted but not used due to being nice with out a friendship nor relationship with in the days working & seeing Isaiah messing with his nose not in a healthy way also seen overnight supervisor Lenny doing the same thing to his nose a chance of being intoxicated at work due to a over night shift from 6:00PM to 3:30AM and a chance Lenny & Isaiah had a friendship a work also with other individuals as of suspicious activity from I, Nasir Finnemen a new hired worker healthy and able to do the job with medical support with in the hours given and Lenny abusing to change my hours shift from 6:00PM to 2:30AM with out his initial as of saying he made the change as of the same time Isaiah would clock-out due to hate also in the breakroom was a bathroom as of looking very dirty & disgusted and needed repairs and also notice toilet paper with feces on top in a open trash can with flies around it on top causing I, Nasir Finnemen to get a very bad fever then took two 500mg Tylenols due to the smell of feces and other smells that could of been the issue that a few days later two mexican John Doe's males did demolition work. On August 7, 2025 during my shift hour as a helper packaging the long rolls was told by overnight supervisor Effie don't no who Ramiro is as a new worker but was told by Effie that he wanted me to get the Bakery carts with the long rolls near the oven and take them to another room to cool off and he wanted me to bag them I started & fineshed bagging what Effie told me to do as of no bags left after that took my dinner break in the Breakroom for 30 minutes as of bringing my dinner, Energy drinks, Sport drinks, every day on time to work due to clocking in, clocking in dinner break and clocking out. And was told by over night supervisor Lenny by words to I, Nasir Finnemen with in the Ten days that at the end of the working shift that you can take Rolls home that sitting on the bakery

Carts that he takes rolls home to his family, mother, and he live 50 minutes away from the Job I offered Lenny a water circus ticket that I was entitled to but was for kids I was told that started from 1st - 3rd Mays Landing N.J 08330 and he accepted the free offer ticket at work that shows he can accept any offer good or bad. Which I offered the free ticket to Scott Hricsina and he accepted the ticket first then minutes later rejected the offer by saying he can't take the ticket due to his job and gave it back in a nicely way.

I, Nasir Finnemen will like to let the federal courts also no that this been a past issue with working employees that this can continue in the future I base on this matter to be a ongoing illegal discrimination with other issues in New Jersey as of a healthy Adult that don't rely on his family nor strangers and by working at some jobs sites with employees that can do a research on first I last name and Hate on some not fully information place on google research that anyone can have access to that can have expensive I intoxicated habits, mental & unhealthy conditions as of needing friendship I relationship with coworkers at work and just being nice and being on time bringing ya dinner I drinks every day and doing my assigned Job is being disrespectful and taking their frustration out on I, Nasir hours I pay check to be terminated as a good worker able to perform using medical supply when needed alot of New Jersey employment Jobs are base on health benifits which I have no needs of them and pay rates are good base on me being healthy were Hate can start different commotions with some individuals that I, Nasir Finnemen is responsible for his self and costs thats expensive in New Jersey and not being treated fairly by professional license lawyers in the facts of the cases and amounts of compensation due to their friendship I relationship with defendants as of Corruption.

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Louis Palena, Licensed Professional counselor, stress, anger, worries, anxiety, depression, Pain Reliever Acetominophen 500 MG Extra Strength

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Plaintiff Nasir Finnemen will like to whom it my concern at the courts to investigate & punish the cause of behavior of being terminated at work and paid in the amount for all the missed days in the amount of monetary compensation as a pro se litigant.

- 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _29_ day of_____September_____, 20_25_.

Signature of Plaintiff _Nasir Timmemen_

Mailing Address _1530 Belfield Ave. Apt 4_

_Atlantic City N.J 08401_

Telephone Number _will contact courts_

Fax Number *(if you have one)* _N/A_

E-mail Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Nasir Timmemen_

_9-29-2025_

- 5 -